## PHYSICIAN'S CHOICE OF ARIZONA, INC., Plaintiff–Appellant,

v.

## SESDERMA, INC. and Sesderma, S.L., Defendants–Appellees.

### No. 04–1425.

United States Court of Appeals, Federal Circuit.

DECIDED: July 13, 2004.

Frank G. Long, Principal Attorney, Bradley P. Hartman, John C. Hendricks, of Counsel, Stinson Morrison, Phoenix, AZ, for Plaintiff–Appellant.

Gregory J. Smith, Principal Attorney, Dowling, Aaron, Fresno, CA, for Defendants–Appellees.

## ORDER

Order Vacated, See 107 Fed.Appx. 204.

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.